1 | DANIEL B. LEVIN (State Bar No. 226044)
Daniel.Levin@mto.com
2 | FAYE P. TELLER (State Bar No. 343506)
Faye.Teller@mto.com
3 | JESSICA O. LAIRD (State Bar No. 331713)
Jessica.Laird@mto.com
4 | LIAM GENNARI (State Bar No. 350177)
Liam.Gennari@mto.com
5 | MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
6 | Fiftieth Floor
Los Angeles, California 90071-3426
7 | Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702
8
REBECCA L. SCIARRINO (State Bar No. 336729)
9 | rebecca.sciarrino@mto.com
MUNGER, TOLLES & OLSON LLP
10 | 560 Mission Street
Twenty-Seventh Floor
11 | San Francisco, California 94105-2907
Telephone:    (415) 512-4000
12 | Facsimile:     (415) 512-4077

13 | Attorneys for Genentech, Inc.

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17 | GENENTECH, INC., | Case No. 3:25-mc-80180

18 |        Moving Party, | **PROOF OF SERVICE**

19 |    vs. |

20 | REGENERON PHARMACEUTICALS INC., | **Underlying Action:**
Case No.: 7:20-cv-5502-PMH
U.S. District Court (S.D.N.Y.)
21 |        Responding Party. | Judge:  Philip M. Halpern

Case No. 3:25-MC-80180

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On July 8, 2025, I served true copies of the following document(s) described as

**IN-CHAMBERS TEXT ONLY ORDER (July 8, 2025)**

**STANDING ORDER FOR DISCOVERY IN CIVIL CASES BEFORE MAGISTRATE JUDGE PETER H. KANG**

on the interested parties in this action as follows:

| | |
|---|---|
| Martha Goodman | Eric Shaun Hochstadt |
| Timothy Andersen | Anna Aryankalayil |
| Kellie Van Beck | Rachel Beckman |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Matthew A. Sebastian |
| 2001 K Street, NW | Orrick, Herrington & Sutcliffe LLP |
| Washington, DC 20006-1047 | 51 West 52nd Street |
| mgoodman@paulweiss.com | New York, NY 10019 |
| tandersen@paulweiss.com | ehochstadt@orrick.com |
| kvanbeck@paulweiss.com | aaryankalayil@orrick.com |
| Marc Price Wolf | rbeckman@orrick.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | msebastian@orrick.com |
| 535 Mission Street | |
| 25th Floor | |
| San Francisco, CA 94105 | |
| mpricewolf@paulweiss.com | |

**(X) BY E-MAIL OR ELECTRONIC TRANSMISSION.** I caused a copy of the document(s) to be sent from e-mail address Jessica.Laird@mto.com to the person at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2025, at Los Angeles, California.

Jessica O. Laird